UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DCR WORKFORCE, INC.<br><br>Plaintiff,<br><br>v.<br><br>COUPA SOFTWARE INCORPORATED,<br><br>Defendant. | Case No.:<br><br>**NOTICE OF REMOVAL OF STATE COURT CIVIL ACTION**<br><br>Removed from the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida<br><br>Case No. 50-2021-CA-006661-XXXX-MB |

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT,** pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Coupa Software Incorporated ("Coupa"), a Delaware corporation, by and through the undersigned counsel, hereby removes the above-styled state court civil action currently pending in the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, Florida, to the United States District Court for the Southern District of Florida. In support of this Notice of Removal, Coupa avers the following:

1. On May 26, 2021, Plaintiff DCR Workforce, Inc. filed this civil action in the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, Florida, captioned as *DCR Workforce, Inc. v. Coupa Software Incorporated* (the "State Court Action"). True and accurate copies of all process, pleadings, and orders served in the State Court Action are attached as **Exhibit A**.

2. Coupa has been served with copies of the attached Complaint and Summons.

3. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), since the Notice of Removal is being filed within 30 days of the filing of the complaint in the State Court Action.

4. Coupa has not pleaded, answered, or otherwise appeared in the State Court Action.

5. Coupa reserves the right to amend and/or supplement this Notice of Removal.

## JURISDICTION

6. This Court has original subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 ("Section 1332"). Section 1332 imposes two threshold requirements for federal district courts to exercise original subject-matter jurisdiction over civil cases removed from state court, pursuant to 28 U.S.C. §§ 1441 and 1446. First, the party seeking removal must establish that the action is between "citizens of different states." 28 U.S.C. § 1332(a)(1). For actions removed to federal court pursuant to 28 U.S.C. § 1441, corporations are considered to be a citizen of their respective state of incorporation, and "the State or foreign state where [the corporation] has its principal place of business." 28 U.S.C. § 1332(c)(1).

7. In the State Court Action, the Plaintiff DCR Workforce, Inc. is a Florida corporation with its principal place of business in Florida. (Compl. at ¶ 1). Coupa is a California corporation with its principal place of business in San Mateo County, California. (Compl. at ¶ 2). Thus, the parties are completely diverse for purposes of Section 1332.

8. Section 1332 also requires that the amount in controversy in the removed action exceed $75,000. 28 U.S.C. § 1332(a). In the State Court Action, the Plaintiff raises legal and equitable claims, and seeks damages of at least $72,336,752. (*See* Compl. at ¶¶ 75, 94, 107).

9. Because this litigation involves parties of diverse citizenship and the amount in controversy exceeds $75,000, this district court has original subject matter jurisdiction over the State Court Action under 28 U.S.C. § 1332.

10. Pursuant to 28 U.S.C. § 1446(d), Coupa will promptly serve a copy of this Notice of Removal on Plaintiff's attorneys of record and a copy is being filed with the Clerk of the Circuit Court of the 15th Judicial District, in and for Palm Beach County, Florida.

Dated: June 16, 2021

Respectfully submitted,

**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL  33301
Telephone:     (954) 462-2000
Facsimile:     (954) 523-1722

By: */s/ Michael W. Marcil*
Michael W. Marcil, Esq.
Florida Bar No.: 091723
mmarcil@gunster.com


KATTEN MUCHIN ROSENMAN LLP
(***PRO HAC VICE* MOTIONS FORTHCOMING**)

BRUCE G. VANYO
CHRISTINA L. COSTLEY
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue #14
New York, NY 10022
Telephone:   (212) 940-8800
Facsimile:   (212) 940-8776
bruce@kattenlaw.com
christina.costley@kattenlaw.com

*Attorneys for Defendant Coupa Software Incorporated*